1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 TIM CHUN,                                         )
                                                     ) No. C 07-1163 JL
13         Plaintiff,                          )
                                                     )
14     v.                                        )
                                                     ) **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, Secretary of the                ) **[PROPOSED] ORDER**
   Department of Homeland Security;                  )
16 EMILIO GONZALEZ, Director of U.S.                 )
   Citizenship and Immigration Services;             )
17 DAVID N. STILL, District Director of the          )
   San Francisco U.S. Citizenship and Immigration    )
18 Services;                                         )
   ROBERT S. MUELLER, III, Director of the           )
19 Federal Bureau of Investigations,                 )
                                                     )
20         Defendants.                         )
                                                     )
21

22     Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26 within 30 days of receiving Plaintiff's updated affidavit.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-1163 JL                                 1

1 | Date: May 16, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney

          /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 16, 2007

          /s/
FRANK M. TSE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 17, 2007

JAMES LARSON
United States Magistrate Judge

*IT IS SO ORDERED* — Judge James Larson, United States District Court, Northern District of California

Stipulation to Dismiss
C07-1163 JL        2